FILED IN
COURT OF CRIMINAL APPEALS

May 15, 2015

ABEL ACOSTA, CLERK

AP-77,047
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/14/2015 7:45:51 PM
Accepted 5/15/2015 7:53:17 AM
ABEL ACOSTA
CLERK

**NO. AP-77,047**

# IN THE
# COURT OF CRIMINAL APPEALS
# OF TEXAS

_____

### KENNETH THOMAS
#### Appellant

### VS.

### THE STATE OF TEXAS
#### Appellee

_____

**APPEALING THE TRIAL COURT'S CAPITAL JUDGMENT
ASSESSING THE DEATH SENTENCE BASED ON JURY VERDICT
OF GUILTY AND ANSWERS TO SPECIAL ISSUES
IN CAUSE NUMBER F86-85539-M FROM THE 194TH JUDICIAL
DISTRICT COURT OF DALLAS COUNTY, TEXAS
THE HONORABLE ERNEST B. WHITE, III, JUDGE PRESIDING**

_____

**MOTION TO SUPPLEMENT
THE REPORTER'S RECORD**

_____

**COMES NOW KENNETH THOMAS,** by and through his

appointed attorney on appeal, John Tatum, and respectfully submits this Motion to

Supplement the Reporter's Record in the above entitled and numbered cause. In support of this Motion, Appellant would show this Honorable Court the following:

**I.**

The Defendant, Kenneth Thomas, pleaded not guilty to the charge of Capital Murder before the Honorable Ernest B. White, Judge Presiding of the 194th Judicial District Court of Dallas County and a jury. The jury found the Defendant guilty and punishment was assessed at death by lethal injection.

**II.**

The Reporter's Record has been filed in this cause.

**III.**

Appellant has raised "Batson"issues, defense juror challenges denied by trial court issues and granting State's challenges over defense objection issues and the juror questionnaires are necessary to aid this Court in resolving the issues raised on appeal to the Court of Criminal Appeals. Appellant's counsel was able to obtain a CD with the questionnaires from the court reporter in order to complete argument of these 31 issues. Appellant, therefore, moves this Honorable Court to enter an order supplementing the appellate record with the CD's containing the requisite questionnaires. This would make available to this Court its necessary information made reference to in Appellant's brief.

**WHEREFORE, PREMISES CONSIDERED,** Appellant prays that

this Court will grant his Motion to Supplement the Reporter's Record in this

Cause with the juror questionnaires.

Respectfully submitted,

/s/ John Tatum
John Tatum
990 South Sherman Street
Richardson, Texas 75081
(972)705-9200
Fax (972)690-9901
State Bar No. 19672500

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion
has been mailed to:

The Hon. Susan Hawk
c/o Asst. Dist. Att. Christine Womble
Criminal District Attorney
Attn: Appellate Section
Frank Crowley Courts Building
133 N. Riverfront Blvd. - LB19
Dallas, Texas, 75207-4313

on this 14th day of May, 2015.

/s/ John Tatum
John Tatum

CERTIFICATE OF COMPLIANCE

I certify that this submitted e-mail attachment to file Motion to Supplement the Record complies with the following requirements of the Court:

1. The petition is submitted by e-mail attachment;

2. The e-mail attachment is labeled with the following information:

A. Case Name: Kenneth Thomas
B. The Appellate Case Number: 77,047
C. The Type of Document: Motion to Supplement Record
D. Party for whom the document is being submitted: Appellant
E. The Word Processing Software and Version Used to Prepare the Motion :
Word Perfect X7

3. Copies have been sent to all parties associated with this case.

  /s/ John Tatum                                         5/14/15
(Signature of filing party and date)
John Tatum
(Printed name)
John Tatum, Attorney at Law

Emailed Copy of Motion